# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR391 |
| Plaintiff, | ) | |
| -vs- | ) | O R D E R |
| Michael Blackstone, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Karen L. Vervaecke, as a Criminal Justice Act Training Panel Member, to assist in the defense of Michael Blackstone.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Karen Vervaecke is hereby assigned to assist the CJA Panel Attorney Stuart Dornan in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Karen Vervaecke shall not be eligible to receive compensation for her services in this case.

CJA Stuart Dornan shall continue to be primary counsel on behalf of the Defendant, Michael Blackstone.

Dated: January 24, 2013

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge